UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIZZA ON 23RD CORP,

                Plaintiff,

      - against -                      **ORDER**

LIBERTY MUTUAL INSURANCE        22 Civ. 10284 (PGG)
COMPANY,

                Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action presently scheduled for May 4, 2023 is adjourned sine die. It is further ordered that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion to dismiss is due by May 18, 2023;

2. Plaintiff's opposition is due by June 1, 2023;

3. Defendant's reply, if any, is due by June 8, 2023.

Dated: New York, New York
        May 3, 2023

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge