**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PIZZA ON 23RD CORP,

                Plaintiff,　　　　　　　22 **CIVIL** 10284 (PGG)

      -against-　　　　　　　　　　　　　　**JUDGMENT**

LIBERTY MUTUAL INSURANCE COMPANY,

               Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2024, Defendant's motion for judgment on the pleadings is granted. Accordingly, the case is closed.

**Dated:** New York, New York

    March 19, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                 **BY:** _____
                                                      **Deputy Clerk**